**FOX & MELOFCHIK, LLC**
Copper Gables Professional Building
1001 Deal Road
Ocean, New Jersey 07712
(732) 493-9400
garyfox@jerseylawoffice.com
Co-Counsel for Plaintiff

**BENNET D. ZUROFSKY, ESQ.**
17 Academy Street - Suite 1010
Newark, New Jersey 07102
(973)642-0885
bzurofsky@zurofskylaw.com
Co-Counsel for Plaintiff

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHURCH TOWERS URBAN RENEWAL CORPORATION, a New Jersey Non-Profit Corporation<br>　　　　　Plaintiff(s),<br>Vs.<br><br>HOLCO CAPITAL GROUP, INC. (for discovery purposes only); HC MORTGAGE COMPANY, INC.; KEVIN C. HORTON, INDIVIDUALLY; BANK OF NEW YORK MELLON CORP. (successor-in-interest to THE COUNTY TRUST COMPANY and BANK OF NEW YORK); GOVERNMENT NATIONAL MORTGAGE ASSOCIATION d/b/a GINNIE MAE; FEDERAL NATIONAL MORTGAGE ASSOCIATION d/b/a FANNIE MAE; WELLS FARGO BANK; PNC FINANCIAL SERVICES GROUP, INC. (successor-in-interest to RIGGS NATIONAL BANK OF WASHINGTON D.C.); J.P. MORGAN CHASE & CO. (successor-in-interest to NATIONAL BANK OF DETROIT, NBD BANK, FIRST NATIONAL BANK OF CHICAGO, and BANK ONE); J.P. MORGAN TRUST COMPANY; WELLS FARGO BANK N.A.; S.L. FINANCIAL; S.L. FINANCIAL OF ILLINOIS, LLC; LIBERTYVILLE BANK & TRUST CO.; H.S.L. FINANCIAL; JOHN DOES 1-5; JANE DOES 1-5; DOE PARTNERSHIPS 1-5; DOE CORPORAITONS 1-5; DOE ASSOCIATIONS 1-5; and DOE GOVERNMENTAL UNITS 1-5;<br>　　　　　Defendant(s). | CIVIL ACTION No. 2:10-CV-00638-PGS- ES<br><br>NOTICE OF ENTRY OF APPEARANCE OF CO-COUNSEL FOR PLAINTIFF<br><br>No Trial Date Set |

PLEASE TAKE NOTICE that BENNET D. ZUROFSKY, ESQ., hereby enters his appearance as co-counsel for Plaintiff, Church Towers Urban Renewal Corporation, a New Jersey Non-Profit Corporation, in the above-captioned matter.

Copies of all filings should be mailed to the address shown above.

  /s/ Bennet D. Zurofsky
BENNET D. ZUROFSKY

Dated:  March 9, 2010