**Mark M. Tallmadge**
**BRESSLER, AMERY & ROSS**
**A Professional Corporation**
**325 Columbia Turnpike**
**Florham Park, New Jersey 07932**
**P.O. Box 1980**
**Morristown, New Jersey 07962**
**(973) 514-1200**
**Attorneys For Defendants**
  **Wells Fargo Bank and**
  **Wells Fargo Bank, N.A.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHURCH TOWERS URBAN RENEWAL CORPORATION, a New Jersey Non-Profit Corporation,<br><br>                Plaintiff,<br><br>v.<br><br>HOLCO CAPITAL GROUP, INC. (for discovery purposes only); HC MORTGAGE COMPANY, INC.; KEVIN C. HORTON, INDIVIDUALLY; BANK OF NEW YORK MELLON CORP (successor in interest to THE COUNTY TRUST COMPANY and BANK OF NEW YORK); GOVERNMENT NATIONAL MORTGAGE ASSOCIATION d/b/a GINNIE MAE; FEDERAL NATIONAL MORTGAGE ASSOCIATION d/b/a FANNIE MAE; WELLS FARGO BANK; PNC FINANCIAL SERVICES, INC. (successor-in-interest to RIGGS NATIONAL BANK OF WASHINGTON D.C.); J.P. MORGAN CHASE & CO. (successor-in-interest to NATIONAL BANK OF DETROIT, NBD BANK, FIRST NATIONAL BANK OF CHICAGO, and BANK ONE); J.P. MORGAN TRUST COMPANY; WELLS FARGO BANK N.A.; S.L. FINANCIAL; | Civil Action No. 2:10-CV-00638-PGS-ES<br><br>Hon. Peter G. Sheridan, U.S.D.J.<br><br>**NOTICE OF APPEARANCE** |

1016711_1

| | |
|---|---|
| S.L. FINANCIAL OF ILLINOIS, LLC; LIBERTYVILLE BANK & TRUST CO.; H.S.L. FINANCIAL; JOHN DOES 1-5; JANE DOES 1-5; DOE PARTNERSHIPS 1-5; DOE CORPORATIONS 1-5; DOE ASSOCIATIONS 1-5; and DOE GOVERNMENTAL UNITS 1-5,<br><br>                         Defendants. | |

TO: Clerk's Office
United States District Court
District of New Jersey
M.L. King, Jr. Federal Bldg. &
United States Courthouse
50 Walnut Street
Newark, New Jersey 07102

**PLEASE TAKE NOTICE** that Mark M. Tallmadge, Esq. of Bressler, Amery & Ross, P.C., 325 Columbia Turnpike, Florham Park, New Jersey 07932, hereby enters his appearance as counsel for defendants, Wells Fargo Bank and Wells Fargo Bank, N.A., in the above-captioned matter and requests that copies of all notices, pleadings and other papers in this matter be served upon him.

                              BRESSLER, AMERY & ROSS, P.C.
                              Attorneys for Defendants
                               Well Fargo Bank and
                               Wells Fargo Bank, N.A.


                              By:   /s/ Mark M. Tallmadge
                                    Mark M. Tallmadge

DATED: March 24, 2010