**Mark M. Tallmadge**
**BRESSLER, AMERY & ROSS**
**A Professional Corporation**
**325 Columbia Turnpike**
**Florham Park, New Jersey 07932**
**P.O. Box 1980**
**Morristown, New Jersey 07962**
**(973) 514-1200**
**Attorneys For Defendants**
 **Wells Fargo Bank and**
 **Wells Fargo Bank, N.A.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHURCH TOWERS URBAN RENEWAL CORPORATION, a New Jersey Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOLCO CAPITAL CORP., et al.,<br><br>Defendants. | Civil Action No. 2:10-CV-00638-PGS-ES<br><br>Hon. Peter G. Sheridan, U.S.D.J.<br><br>**DEFENDANTS WELLS FARGO BANK AND WELLS FARGO BANK, N.A.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

Pursuant to FED. R. CIV. P. 7.1, this Corporate Disclosure Statement is filed on behalf of the Defendant, Wells Fargo Bank, N.A., named as a defendant under its correct name and "Wells Fargo Bank."

 1.  Is said party a subsidiary or other affiliate of another corporation?

 _X_ Yes          ___ No

If the answer is Yes, list below the identity of the parent or other affiliate corporation and the relationship between it and the named party:

 Wells Fargo & Company

2. Is there a publicly held company that owns 10% or more of said party's stock?

 X  Yes   ___ No

If the answer is Yes, identify each publicly held company that owns 10% or more of the party's stock.

Wells Fargo & Company

On behalf of Wells Fargo Bank, N.A., the undersigned counsel certifies that the foregoing corporate disclosure will be supplemented within a reasonable time in the event of any change in the information reflected above.

Respectfully submitted,

**BRESSLER, AMERY & ROSS, P.C.**
Attorneys for Defendants
 Well Fargo Bank and
 Wells Fargo Bank, N.A.


By:    /s/ Mark M. Tallmadge
        Mark M. Tallmadge

DATED:  March 24, 2010


Timothy J. Abeska
BARNES & THORNBURG LLP
6th Floor, 1st Source Bank Center
100 North Michigan Street
South Bend, IN  46601-1632
(574) 233-1171

Attorneys for Defendants
Wells Fargo Bank and Wells Fargo Bank N.A.