Mark M. Tallmadge
**BRESSLER, AMERY & ROSS**
A Professional Corporation
325 Columbia Turnpike
Florham Park, New Jersey 07932
P.O. Box 1980
Morristown, New Jersey 07962
(973) 514-1200
Attorneys For Defendants
  Wells Fargo Bank and
  Wells Fargo Bank, N.A.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHURCH TOWERS URBAN RENEWAL CORPORATION,  a New Jersey Non-Profit Corporation, | Civil Action No. 2:10-CV-00638-PGS-ES |
| Plaintiff, | Hon. Peter G. Sheridan, U.S.D.J. |
| v. | **DEFENDANTS WELLS FARGO BANK AND WELLS FARGO BANK, N.A.'S APPLICATION FOR A CLERK'S ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE REPLY PURSUANT TO L. CIV. R. 6.1(b)** |
| HOLCO CAPITAL CORP., et al., | |
| Defendants. | |

This matter having been opened to the Court by Bressler Amery & Ross, P.C., attorneys for Defendants, Wells Fargo Bank and Wells Fargo Bank, N.A. (collectively, "Wells Fargo"), pursuant to Local Civil Rule 6.1(b), for an extension of time within which to answer, plead or otherwise respond with respect to the Amended Complaint herein, and:

1.     No previous extension has been obtained;

2.     Service of process was effected on March 8, 2010;

3.     An Amended Complaint having been filed and received by counsel on March 22, 2010;

4.      Pursuant to Fed R. Civ. P. 15(a), the time to answer, move or otherwise reply, to the Amended Complaint expires April 5, 2010.

**BRESSLER, AMERY & ROSS, P.C.**
Attorneys for Defendants
 Well Fargo Bank and
 Wells Fargo Bank, N.A.


By:    /s/ Mark M. Tallmadge
         Mark M. Tallmadge

DATED:  March 24, 2010


## ORDER

The above application is ORDERED GRANTED and the time within which defendants Wells Fargo Bank and Wells Fargo Bank, N.A. may answer, move or otherwise reply to plaintiff's Amended Complaint is hereby extended to Tuesday, April 20, 2010.

**WILLIAM T. WALSH,**
**Clerk of the Court**


By:    _____

Dated:  _____