Marc E. Wolin, Esq. (mwolin@saiber.com)
Mark A. Roney, Esq. (mroney@saiber.com)
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
(973) 622-3333
*Attorneys for Defendant, Libertyville Bank & Trust Company*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHURCH TOWERS URBAN RENEWAL CORPORATION, a New Jersey Non-Profit Corporation, | **Civil Action No. 10-cv-00638-PGS-ES** |
| Plaintiff,<br><br>v. | **NOTICE OF APPEARANCE**<br><br>*DOCUMENT FILED ELECTRONICALLY* |
| HOLCO CAPITAL GROUP, INC. (for discovery purposes only); HC MORTGAGE COMPANY, INC.; KEVIN C. HORTON, individually, BANK OF NEW YORK MELLON CORP. (successor-in-interest to THE COUNTY TRUST COMPANY and BANK OF NEW YORK); GOVERNMENT NATIONAL MORTGAGE ASSOCIATION d/b/a GINNIE MAE; FEDERAL NATIONAL MORTGAGE ASSOCIATION d/b/a FANNIE MAE; WELLS FARGO BANK; PNC FINANCIAL SERVICES GROUP, INC. (successor-in-interest to RIGGS NATIONAL BANK OF WASHINGTON D.C.); J.P. MORGAN CHASE & CO (successor-in-interest to NATIONAL BANK OF DETROIT, NBD BANK, FIRST NATIONAL BANK OF CHICAGO and BANK ONE); J.P. MORGAN TRUST COMPANY; WELLS FARGO BANK N.A.; S.L. FINANCIAL; S.L. FINANCIAL OF ILLINOIS, LLC; LIBERTYVILLE BANK & TRUST CO.; H.S.L. FINANCIAL; JOHN DOES 1-5; JANE DOES 1-5; DOE PARTNERSHIPS 1-5; DOE CORPORATIONS 1-5; DOE ASSOCIATIONS 1-5; and DOE GOVERNMENTAL UNITS 1-5;<br><br>Defendants. | |

**PLEASE TAKE NOTICE** that defendant Libertyville Bank & Trust Company ("Libertyville") is represented by the firm of Saiber LLC in the above matter.  Marc E. Wolin, Esq. hereby enters his appearance as counsel of record and "lead attorney to be noticed" on behalf of defendant Libertyville and that Notices of Electronic Filing related to this case be forwarded to Marc E. Wolin at (mwolin@saiber.com).  Additionally, Mark A. Roney, Esq. hereby enters his appearance as counsel of record in addition to Marc E. Wolin on behalf of Libertyville.   Accordingly, Libertyville respectfully requests that any future Notices of Electronic Filing related to this case also be forwarded to Mark A. Roney at (mroney@saiber.com).

**SAIBER LLC**
*Attorneys for Defendant,*
*Libertyville Bank & Trust Company*

Dated:  March 31, 2010           */s/     Marc E. Wolin*
                                 MARC E. WOLIN (mwolin@saiber.com)

{00593510.DOC}                                  2