**TAYLOR, COLICCHIO & SILVERMAN, LLP**
502 Carnegie Center, Suite 103
Princeton, NJ 08540
(609) 987-0022
Philip M. Colicchio (PMC-40886)
Attorneys for Defendant, Federal National Mortgage Association d/b/a Fannie Mae

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHURCH TOWERS URBAN RENEWAL CORPORATION, a New Jersey Non-Profit Corporation,<br><br>Plaintiff(s),<br><br>vs.<br><br>HOLCO CAPITAL GROUP, INC. (for discovery purposes only); HC MORTGAGE COMPANY, INC.; KEVIN C. HORTON, INDIVIDUALLY; BANK OF NEW YORK MELLON CORP. (successor-in-interest to THE COUNTY TRUST COMPANY and BANK OF NEW YORK); GOVERNMENT NATIONAL MORTGAGE ASSOCIATION d/b/a GINNIE MAE; FEDERAL NATIONAL MORTGAGE ASSOCIATION d/b/a FANNIE MAE; WELLS FARGO BANK; PNC FINANCIAL SERVICES GROUP, INC. (successor-in-interest to RIGGS NATIONAL BANK OF WASHINGTON D.C.); J.P. MORGAN CHASE & CO. (successor-in-interest to NATIONAL BANK OF DETROIT, NB BANK, FIRST NATIONAL BANK OF CHICAGO, and BANK ONE); J.P. MORTGAGE TRUST COMPANY; WELLS FARGO BANK N.A.; S.L. FINANCIAL; S.L. FINANCIAL OF ILLINOIS, LLC; LIBERTYVILLE BANK & TRUST CO.; H.S.L. FINANCIAL; JOHN DOES 1-5; JANE DOES 1-5; DOE PARTNERSHIPS 1-5; DOE CORPORATIONS 1-5; DOE ASSOCIATIONS 1-5; and DOE GOVERNMENTAL UNITS 1-5;<br><br>Defendant(s). | Case No. 2:10-cv-00638 (PGS) |

### STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff and Defendant Federal National Mortgage Association d/b/a Fannie Mae that the time for Defendant to answer or otherwise move with respect to the complaint filed in this matter is extended through and including April 30, 2010.

**BENNET D. ZUROFSKY**
Attorney at Law
/s/ Bennett D. Zurofsky
17 Academy Street – Suite 1010
Newark, New Jersey 07102
(973) 642-0885
Co-Counsel for Plaintiff, Church Towers Renewal Corporation

**TAYLOR, COLICCHIO & SILVERMAN, LLP**
/s/ Philip M. Colicchio, Esq.
502 Carnegie Center, Suite 103
Princeton, New Jersey 08540
(609) 987-0022
Attorneys for Defendant, Federal National Urba Mortgage d/b/a Fannie Mae

### ORDER

The above is ORDERED GRANTED that the time period to Answer or Otherwise Plead is extended to April 30, 2010.

ORDER DATED: March 29, 2010

By: _/s/_ U.S.M.J.
~~The Honorable Peter G. Sheridan, U.S.D.J.~~