Christoper R. Belmonte (cbelmonte@ssbb.com)
Walter A. Saurack (wsaurack@ssbb.com)
Satterlee Stephens Burke & Burke LLP
33 Wood Avenue South
Suite 600
Iselin, New Jersey  08830
Tel: (732) 603-4966
Fax: (732) 603-4977

*Attorneys for Defendants J.P. Morgan Chase & Co. (successor-in-interest to
National Bank of Detroit, NBD Bank, First National Bank of Chicago and Bank One)
and J.P. Morgan Trust Company*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHURCH TOWERS URBAN RENEWAL CORPORATION, a New Jersey Non-Profit Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HOLCO CAPITAL GROUP, INC. (for discovery purposes only); HC MORTGAGE COMPANY, INC.; KEVIN C. HORTON, INDIVIDUALLY; BANK OF NEW YORK MELLON CORP. (successor-in-interest to THE COUNTY TRUST COMPANY and BANK OF NEW YORK); GOVERNMENT NATIONAL MORTGAGE ASSOCATION d/b/a GINNIE MAE, FEDERAL NATIONAL MORTGAGE ASSOCATION d/b/a FANNIE MAE; WELLS FARGO BANK, PNC FINANCIAL SERVICES GROUP, INC. (successor-in-interest to RIGGS NATIONAL BANK OF WASHINGTON D.C.); J.P. MORGAN CHASE & CO. (successor-in-interest to NATIONAL BANK OF DETROIT, NBD BANK, FIRST NATIONAL BANK OF CHICAGO and BANK ONE); J.P. MORGAN TRUST COMPANY; WELLS FARGO BANK N.A.; S.L. FINANCIAL; S.L. FINANCIAL OF ILLINOIS, LLC; LIBERTYVILLE BANK & TRUST CO.; H.S.L. FINANCIAL; JOHN DOES 1-5; JANE DOES 1-5; DOE PARTNERSHIPS 1-5; DOE CORPORATIONS 1-5; DOE ASSOCIATIONS 1-5; and DOE GOVERNMENTAL UNITS 1-5,<br><br>Defendants. | Civil Action No. 2:10-cv-00638-PGS-ES<br><br><br><br>**CONSENT ORDER<br>EXTENDING TIME TO ANSWER** |

    THIS MATTER, being opened in the Court, by Satterlee Stephens Burke & Burke

LLP, attorneys for Defendants J.P. Morgan Chase & Co. (successor-in-interest to National Bank

797630_1

of Detroit, NBD Bank, First National Bank of Chicago and Bank One) and J.P. Morgan Trust Company (collectively "Chase") for an Order extending the current deadline for Chase to answer, move or otherwise respond to plaintiff's complaint up to and including April 19, 2010, and on the consent of the plaintiff by its attorneys to this Order, and good cause appearing:

IT IS ON THIS 29 DAY OF MARCH, 2010

SO ORDERED

_____
J.S.C.

Consent is hereby given to this Order
SATTERLEE STEPHENS BURKE
& BURKE LLP

By: _____
Christopher R. Belmonte
Attorneys for Defendants J.P. Morgan Chase
& Co. (successor-in-interest to National
Bank of Detroit, NBD Bank, First National
Bank of Chicago and Bank One) and
J.P. Morgan Trust Company
33 Wood Avenue South - Suite 600
Iselin, New Jersey 08830
Tel: (732) 603-4966
Fax: (732) 603-4977

FOX & MELOFCHIK, L.L.C.

By: _____
Gary E. Fox
Attorneys for Plaintiff Church Towers
Urban Renewal Corporation
Copper Gables Professional Building
1001 Deal Road
Ocean, New Jersey 07712
Tel: (732) 493-9400
Fax: (732) 493-5006

797630_1