**Mark M. Tallmadge**
**Benjamin J. DiLorenzo**
**BRESSLER, AMERY & ROSS**
**A Professional Corporation**
**325 Columbia Turnpike**
**Florham Park, New Jersey 07932**
**P.O. Box 1980**
**Morristown, New Jersey 07962**
**(973) 514-1200**
**Attorneys For Defendants**
  **Wells Fargo Bank and**
  **Wells Fargo Bank, N.A.**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHURCH TOWERS URBAN RENEWAL CORPORATION, a New Jersey Non-Profit Corporation, | Civil Action No. 2:10-CV-00638-PGS-ES |
| Plaintiff, | Hon. Peter G. Sheridan, U.S.D.J. |
| v. | **NOTICE OF APPEARANCE** |
| HOLCO CAPITAL CORP., et al., | |
| Defendants. | |

TO:   Clerk's Office
      United States District Court
      District of New Jersey
      M.L. King, Jr. Federal Bldg. &
      United States Courthouse
      50 Walnut Street
      Newark, New Jersey 07102

**PLEASE TAKE NOTICE** that Benjamin J. DiLorenzo, Esq. of Bressler, Amery &

Ross, P.C., 325 Columbia Turnpike, Florham Park, New Jersey 07932, hereby enters his

appearance as counsel for defendants, Wells Fargo Bank and Wells Fargo Bank, N.A., in the

above-captioned matter and requests that copies of all notices, pleadings and other papers in this

matter be served upon him.

**BRESSLER, AMERY & ROSS, P.C.**
Attorneys for Defendants
 Well Fargo Bank and
 Wells Fargo Bank, N.A.


By:    /s/ Benjamin J. DiLorenzo       
             Benjamin J. DiLorenzo

DATED:  April 5, 2010