SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
(973) 622-3333
Attorneys for Defendant
The Bank of New York Mellon Corporation

| | |
|---|---|
| CHURCH TOWERS URBAN RENEWAL CORPORATION, a New Jersey Non-Profit Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>HOLCO CAPITAL GROUP, INC. (for discovery purposes only): HC MORTAGE COMPANY, INC.: KEVIN C. HORTON; INDIVIDUALLY: BANK OF NEW YORK MELLON CORP. (successor-in-interest to THE COUNTY TRUST COMPANY and BANK OF NEW YORK): GOVERNMENT NATIONAL MORTGAGE ASSOCIATION d/b/a GINNIE MAE: FEDERAL NATIONAL MORTGAGE ASSOCIATION d/b/a FANNIE MAE; WELLS FARGO BANK: PNC FINANCIAL SERVICES GROUP, INC. (successor-in-interest to RIGGS NATIONAL BANK OF WASHINGTON D.C.): J.P. MORGAN CHASE & CO. (successor-in-interest to NATIONAL BANK OF DETROIT, NBD BANK. FIRST NATIONAL BANK OF CHICAGO, and BANK ONE); J.P. MORGAN TRUST COMPANY: WELLS FARGO BANK N.A.: S.I. FINANCIAL: S.I FINANCIAL OF ILLINOIS, LLC: LIBERTYVILLE BANK & TRUST CO.: H.S.L. FINANCIAL: JOHN DOES 1-5: JANE DOES 1-5: DOE PARTNERSHIPS 1-5: DOE CORPORATIONS 1-5: DOE ASSOCIATIONS 1-5: and DOE GOVERNMENTAL UNITS 1-5:<br><br>        Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Hon. Peter G. Sheridan<br><br>Civil Action No. 10-00638 (PGS)<br><br><br>Civil Action<br><br><br>RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT THE BANK OF <u>NEW YORK MELLON CORPORATION</u> |

{00611490.DOC}

Pursuant to Rule 7.1 of the Federal Rules of Federal Procedure, defendant The Bank of New York Mellon Corporation states that it is a public traded corporation and does not have a parent corporation. No publicly held corporation owns ten (10%) percent or more of The Bank of New York Mellon Corporation's stock.

SAIBER LLC
Attorneys for Defendant
The Bank of New York
Mellon Corporation

By: _____
JAMES H. FORTE
A Member of the Firm

Dated: April 5, 2010