SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
(973) 622-3333
Attorneys for Defendant
The Bank of New York Mellon Corporation

| | |
|---|---|
| CHURCH TOWERS URBAN RENEWAL CORPORATION, a New Jersey Non-Profit Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>HOLCO CAPITAL GROUP, INC. (for discovery purposes only): HC MORTAGE COMPANY, INC.: KEVIN C. HORTON; INDIVIDUALLY: BANK OF NEW YORK MELLON CORP. (successor-in-interest to THE COUNTY TRUST COMPANY and BANK OF NEW YORK): GOVERNMENT NATIONAL MORTGAGE ASSOCIATION d/b/a GINNIE MAE: FEDERAL NATIONAL MORTGAGE ASSOCIATION d/b/a FANNIE MAE; WELLS FARGO BANK: PNC FINANCIAL SERVICES GROUP, INC. (successor-in-interest to RIGGS NATIONAL BANK OF WASHINGTON D.C.): J.P. MORGAN CHASE & CO. (successor-in-interest to NATIONAL BANK OF DETROIT, NBD BANK. FIRST NATIONAL BANK OF CHICAGO, and BANK ONE); J.P. MORGAN TRUST COMPANY: WELLS FARGO BANK N.A.: S.I. FINANCIAL: S.I FINANCIAL OF ILLINOIS, LLC: LIBERTYVILLE BANK & TRUST CO.: H.S.L. FINANCIAL: JOHN DOES 1-5: JANE DOES 1-5: DOE PARTNERSHIPS 1-5: DOE CORPORATIONS 1-5: DOE ASSOCIATIONS 1-5: and DOE GOVERNMENTAL UNITS 1-5:<br><br>        Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Hon. Peter G. Sheridan<br><br>Civil Action No. 10-00638 (PGS)<br><br>Civil Action<br><br>CERTIFICATE OF SERVICE |

{00611504.DOC}

I, JAMES H. FORTE, a member of the Bar of this Court, hereby certify, pursuant to Local Civil Rule 5.1(b), that, on April 5, 2010, I caused a true and correct copy of the Answer of defendant The Bank of New York Mellon Corporation to the Amended Complaint and Rule 7.1 Disclosure Statement to be served upon counsel for plaintiff by electronic mail and first class mail to Gary E. Fox, Esq., Fox & Melofchik, LLC, 1001 Deal Road, Ocean, New Jersey 07712 AND Bennet D. Zurofsky, Esq., 17 Academy Street, Suite 1010, Newark, New Jersey 07102.

                                                                             JAMES H. FORTE

Dated: April 5, 2010