

**MARC E. WOLIN**
(973) 622-8401
mew@saiber.com

April 14, 2010

**VIA ELECTRONIC FILING & U.S. MAIL**
Honorable Esther Salas, U.S.M.J.
M.L. King, Jr. Federal Building
 & U.S. Courthouse
50 Walnut Street, Court Room 2-D
Newark, New Jersey 07101

    Re:    **Church Towers Urban Renewal Corporation v.
                   Libertyville Bank & Trust Company
                   Civil Action No.:  10-cv-638 (PGS)(ES)**

Dear Magistrate Judge Salas:

       We represent defendant Defendant Libertyville Bank & Trust Company ("Libertyville") in connection with the above-captioned matter.  Enclosed herewith for Your Honor's consideration is a Stipulation and Order Extending Time To Respond to Plaintiff's Amended Complaint ("the Stipulation").  Gary E. Fox, Esq., counsel for Plaintiff, has provided his consent to electronically sign the Stipulation on his behalf.

       If the Stipulation meets with Your Honor's approval, kindly execute it and submit it to the Clerk's office for electronic filing.

       Thank you for Your Honor's consideration.

                                              Respectfully submitted,
                                              /s/   *Marc E. Wolin*
                                              MARC E. WOLIN

MEW/smb
Enclosure
cc:    Gary E. Fox, Esq. (w/ encl. – via E-filing & U.S. Mail)
         All Counsel of Record (w/ encl. – via E-filing)

Marc E. Wolin, Esq. (mwolin@saiber.com)
Mark A. Roney, Esq. (mroney@saiber.com)
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
(973) 622-3333
*Attorneys for Defendant, Libertyville Bank & Trust Company*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHURCH TOWERS URBAN RENEWAL CORPORATION, a New Jersey Non-Profit Corporation,<br><br>                    Plaintiff,<br>         v.<br><br>HOLCO CAPITAL GROUP, INC. (for discovery purposes only); HC MORTGAGE COMPANY, INC.; KEVIN C. HORTON, individually, BANK OF NEW YORK MELLON CORP. (successor-in-interest to THE COUNTY TRUST COMPANY and BANK OF NEW YORK); GOVERNMENT NATIONAL MORTGAGE ASSOCIATION d/b/a GINNIE MAE; FEDERAL NATIONAL MORTGAGE ASSOCIATION d/b/a FANNIE MAE; WELLS FARGO BANK; PNC FINANCIAL SERVICES GROUP, INC. (successor-in-interest to RIGGS NATIONAL BANK OF WASHINGTON D.C.); J.P. MORGAN CHASE & CO (successor-in-interest to NATIONAL BANK OF DETROIT, NBD BANK, FIRST NATIONAL BANK OF CHICAGO and BANK ONE); J.P. MORGAN TRUST COMPANY; WELLS FARGO BANK N.A.; S.L. FINANCIAL; S.L. FINANCIAL OF ILLINOIS, LLC; LIBERTYVILLE BANK & TRUST CO.; H.S.L. FINANCIAL; JOHN DOES 1-5; JANE DOES 1-5; DOE PARTNERSHIPS 1-5; DOE CORPORATIONS 1-5; DOE ASSOCIATIONS 1-5; and DOE GOVERNMENTAL UNITS 1-5;<br><br>                    Defendants. | Civil Action No. 10-cv-00638-PGS-ES<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S <u>AMENDED COMPLAINT</u>**<br><br>*DOCUMENT FILED ELECTRONICALLY* |

IT IS HERBY STIPULATED AND AGREED by and between Plaintiff Church Towers Urban Renewal Corporation ("Church Towers'), and Defendant Libertyville Bank & Trust Company ("Libertyville"), that the time for Libertyville to answer, move, or otherwise respond to Plaintiff's Amended Complaint is extended through and including May 14, 2010.

    Respectfully submitted,

    FOX & MELOFCHIK, LLC
    *Attorneys for Plaintiff, Church Towers Urban Renewal Corporation*

    By: /s/   Gary E. Fox
        Gary E. Fox, Esq.
        (garyfox@jerseylawoffice.com)


    SAIBER LLC
    *Attorneys for Defendant, Libertyville Bank & Trust Company*

    By: /s/   Marc E. Wolin
        Marc E. Wolin, Esq.
        (mwolin@saiber.com)


    SO ORDERED:


    _____
    HON. ESTHER SALAS, U.S.M.J.