# *Fox & Melofchik, L.L.C.*

A LIMITED LIABILITY COMPANY

COPPER GABLES PROFESSIONAL BUILDING
1001 DEAL ROAD
OCEAN, NEW JERSEY 07712

GARY E. FOX, ESQ.
(garyfox@jerseylawoffice.com)
DENNIS J. MELOFCHIK, ESQ.
(dennismelofchik@jerseylawoffice.com)

TELEPHONE (732) 493-9400
FAX (732) 493-5006
WEBSITE: jerseylawoffice.com
(foxandmelofchikllc@jerseylawoffice.com)

April 19, 2010

**FILED ELECTRONICALLY**
Clerk, U.S. District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Room 4015
Newark, New Jersey 07101

    Re:    Church Towers v. HOLCO, et als.
              Docket No.: To Be Assigned
              Reference No. via electronic filing:  2:33-av-00001
              Document No.: 7723

Dear Sir/Madam:

    Please note that the letter filed today (Document #23) was inadvertently marked "restricted" pursuant to **Local Civil Rule 5.3**. That is not the case and such marking was in error.

    Thank you for your attention.

                            Very truly yours,

                            /S/ Gary E. Fox

GEF/rk                    GARY E. FOX
Enclosures