Marc E. Wolin, Esq. (mwolin@saiber.com)
Mark A. Roney, Esq. (mroney@saiber.com)
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
(973) 622-3333
*Attorneys for Defendant, Libertyville Bank & Trust Company*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHURCH TOWERS URBAN RENEWAL CORPORATION, a New Jersey Non-Profit Corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>HOLCO CAPITAL GROUP, INC. (for discovery purposes only); HC MORTGAGE COMPANY, INC.; KEVIN C. HORTON, individually, BANK OF NEW YORK MELLON CORP. (successor-in-interest to THE COUNTY TRUST COMPANY and BANK OF NEW YORK); GOVERNMENT NATIONAL MORTGAGE ASSOCIATION d/b/a GINNIE MAE; FEDERAL NATIONAL MORTGAGE ASSOCIATION d/b/a FANNIE MAE; WELLS FARGO BANK; PNC FINANCIAL SERVICES GROUP, INC. (successor-in-interest to RIGGS NATIONAL BANK OF WASHINGTON D.C.); J.P. MORGAN CHASE & CO (successor-in-interest to NATIONAL BANK OF DETROIT, NBD BANK, FIRST NATIONAL BANK OF CHICAGO and BANK ONE); J.P. MORGAN TRUST COMPANY; WELLS FARGO BANK N.A.; S.L. FINANCIAL; S.L. FINANCIAL OF ILLINOIS, LLC; LIBERTYVILLE BANK & TRUST CO.; H.S.L. FINANCIAL; JOHN DOES 1-5; JANE DOES 1-5; DOE PARTNERSHIPS 1-5; DOE CORPORATIONS 1-5; DOE ASSOCIATIONS 1-5; and DOE GOVERNMENTAL UNITS 1-5;<br><br>                    Defendants. | Civil Action No. 10-cv-00638-PGS-ES<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>*DOCUMENT FILED ELECTRONICALLY* |

IT IS HERBY STIPULATED AND AGREED by and between Plaintiff Church Towers Urban Renewal Corporation ("Church Towers'), and Defendant Libertyville Bank & Trust Company ("Libertyville"), that the time for Libertyville to answer, move, or otherwise respond to Plaintiff's Amended Complaint is extended through and including May 14, 2010.

        Respectfully submitted,

        FOX & MELOFCHIK, LLC
        *Attorneys for Plaintiff, Church Towers Urban Renewal Corporation*

        By: /s/  Gary E. Fox
            Gary E. Fox, Esq.
            (garyfox@jerseylawoffice.com)

        SAIBER LLC
        *Attorneys for Defendant, Libertyville Bank & Trust Company*

        By: /s/  Marc E. Wolin
            Marc E. Wolin, Esq.
            (mwolin@saiber.com)

SO ORDERED:

*[signature]*

HON. ESTHER SALAS, U.S.M.J.

4/15/10