| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: SUMMONS, COMPLAINT, EXHIBITS | |
| EFFECTED (1) BY ME: MALGORZATA SLADEK | |
| TITLE: PROCESS SERVER | DATE: 02/12/2010 03:21PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

BANK OF NEW YORK MELLON CORP.

Place where served:

1 WALL ST. 11TH FLOOR NEW YORK NY

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JOSEPH HAWRY

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: M   AGE: 51-65   HEIGHT: OVER 6'   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: GRAY   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ . ___     SERVICES $ _____ . ___     TOTAL $ _____ . ___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 2 /12 /20 10         _____ L.S.
SIGNATURE OF MALGORZATA SLADEK
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   GARY E. FOX, ESQ.
PLAINTIFF:  CHURCH TOWERS URBAN RENEWAL CORPORATION
DEFENDANT:  HOLCO CAPITAL GROUP, INC.
VENUE:      DISTRICT NJ
DOCKET:     2:10 CV 00638 PGS ES

ROSEMARY RAMOS 2/16/10
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept. 18, 2013

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



AO 440 (Rev. 10/93) Summons in a Civil Action     **RETURN OF SERVICE**

SERVICE OF: SUMMONS, COMPLAINT, EXHIBITS
EFFECTED (1) BY ME: Billy Edwards
TITLE: PROCESS SERVER     DATE: 2·17·10  12:00pm

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant: Jonathan Griffith / Legal Dept.
FEDERAL NATIONAL MORTGAGE ASSOCIATION
Place where served: 3900 Wisconsin Ave. NW Washington, D.C. 20016

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:
SEX: M  AGE: 40  HEIGHT: 5'8  WEIGHT: 170  SKIN: WHT  HAIR: Bld  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 2/17/2010   Billy I Edwards

SIGNATURE OF Billy Edwards
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: GARY E. FOX, ESQ.
PLAINTIFF: CHURCH TOWERS URBAN RENEWAL CORPORATION
DEFENDANT: HOLCO CAPITAL GROUP, INC.
VENUE: DISTRICT NJ
DOCKET: 2:10 CV 00638 PGS ES

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: SUMMONS, COMPLAINT, EXHIBITS<br>EFFECTED (1) BY ME: MALGORZATA SLADEK<br>TITLE: PROCESS SERVER | DATE: 02/12/2010 03:12PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

J.P. MORGAN CHASE & CO

Place where served:

1 CHASE MANHATTAN PLAZA   NEW YORK NY

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JOY MYRIE

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: F   AGE: 51-65   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.____          SERVICES $ ____.____          TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 2/12/20 10        _____ L.S.
                        SIGNATURE OF MALGORZATA SLADEK
                        GUARANTEED SUBPOENA SERVICE, INC.
                        2009 MORRIS AVENUE
                        UNION, NJ 07083

ATTORNEY:   GARY E. FOX, ESQ.
PLAINTIFF:  CHURCH TOWERS URBAN RENEWAL CORPORATION
DEFENDANT:  HOLCO CAPITAL GROUP, INC.
VENUE:      DISTRICT NJ
DOCKET:     2:10 CV 00638 PGS ES

ROSEMARY RAMOS  2/16/10
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept. 18, 2013

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Case 2:10-cv-00638-PGS -ES   Document 26-4   Filed 04/21/10   Page 1 of 1

| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: SUMMONS, COMPLAINT, EXHIBITS EFFECTED (1) BY ME: TITLE: PROCESS SERVER | DATE: 2-16-10 / 8:17 am. |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

LIBERTYVILLE BANK & TRUST CO   c/o   Falda Rene, Secretary

Place where served:

507 N. Milwaukee Road, Libertyville, IL 60048

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: Female   AGE: 30   HEIGHT: 5'6   WEIGHT: 130   SKIN: White   HAIR: Brown   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____    SERVICES $ _____    TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 2 / 16 20 10

SIGNATURE OF Steve Serafin
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:    GARY E. FOX, ESQ.
PLAINTIFF:   CHURCH TOWERS URBAN RENEWAL CORPORATION
DEFENDANT:   HOLCO CAPITAL GROUP, INC.
VENUE:       DISTRICT NJ
DOCKET:      2:10 CV 00638 PGS ES

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

25789

| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE | |
|---|---|---|
| SERVICE OF EFFECTED (1) BY ME: | SUMMONS, COMPLAINT, EXHIBITS | 12:00 pm |
| TITLE: | PROCESS SERVER | DATE: 02/15/2010 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

PNC FINANCIAL SERVICES — Rayna Walker, Records Custodian

Place where served:

249 Fifth Ave. Pittsburg

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: F   AGE: 40's   HEIGHT: 5'5"   WEIGHT: 150's   SKIN: Black   HAIR: Brown   OTHER: —

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

### STATEMENT OF SERVER

TRAVEL $ ____ . ____     SERVICES $ ____ . ____     TOTAL $ ____ . ____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 2/16/2010

SIGNATURE OF Amy Stivison
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: GARY E. FOX, ESQ.
PLAINTIFF: CHURCH TOWERS URBAN RENEWAL CORPORATION
DEFENDANT: HOLCO CAPITAL GROUP, INC.
VENUE: DISTRICT NJ
DOCKET: 2:10 CV 00638 PGS ES

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: SUMMONS, COMPLAINT, EXHIBITS | |
| EFFECTED (1) BY ME: Ricardo DeLeon | |
| TITLE: PROCESS SERVER | DATE: 2/16/2010 3:30pm |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

WELLS FARGO BANK, N.A.

Place where served:

420 Montgomery Street, San Francisco, CA 94104

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Rose Ethridge

Relationship to defendant: Vault Teller / Auth to Accept

Description of person accepting service:

SEX: F   AGE: 62   HEIGHT: 5'8"   WEIGHT: 180   SKIN: Black   HAIR: Brown   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 2/18/2010

SIGNATURE OF Ricardo DeLeon
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: GARY E. FOX, ESQ.
PLAINTIFF: CHURCH TOWERS URBAN RENEWAL CORPORATION
DEFENDANT: HOLCO CAPITAL GROUP, INC.
VENUE: DISTRICT NJ
DOCKET: 2:10 CV 00638 PGS ES

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.