Case 2:10-cv-00638-PGS -ES   Document 28   Filed 04/23/10   Page 1 of 2
04/14/2010 15:08 FAX  212 818 9608     SATTERLEE STEPHENS B&B                    ☒003/004
Case 2:10-cv-00638-PGS -ES   Document 23-1   Filed 04/19/10   Page 1 of 2

Christoper R. Belmonte (cbelmonte@ssbb.com)
Walter A. Saurack (wsaurack@ssbb.com)
Satterlee Stephens Burke & Burke LLP
33 Wood Avenue South
Suite 600
Iselin, New Jersey 08830
Tel: (732) 603-4966
Fax: (732) 603-4977

*Attorneys for Defendants J.P. Morgan Chase & Co. (successor-in-interest to
National Bank of Detroit, NBD Bank, First National Bank of Chicago and Bank One)
and J.P. Morgan Trust Company*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHURCH TOWERS URBAN RENEWAL CORPORATION, a New Jersey Non-Profit Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HOLCO CAPITAL GROUP, INC. (for discovery purposes only); HC MORTGAGE COMPANY, INC.; KEVIN C. HORTON, INDIVIDUALLY; BANK OF NEW YORK MELLON CORP. (successor-in-interest to THE COUNTY TRUST COMPANY and BANK OF NEW YORK); GOVERNMENT NATIONAL MORTGAGE ASSOCATION d/b/a GINNIE MAE, FEDERAL NATIONAL MORTGAGE ASSOCATION d/b/a FANNIE MAE; WELLS FARGO BANK, PNC FINANCIAL SERVICES GROUP, INC. (successor-in-interest to RIGGS NATIONAL BANK OF WASHINGTON D.C.); J.P. MORGAN CHASE & CO. (successor-in-interest to NATIONAL BANK OF DETROIT, NBD BANK, FIRST NATIONAL BANK OF CHICAGO and BANK ONE); J.P. MORGAN TRUST COMPANY; WELLS FARGO BANK N.A.; S.L. FINANCIAL; S.L. FINANCIAL OF ILLINOIS, LLC; LIBERTYVILLE BANK & TRUST CO.; H.S.L. FINANCIAL; JOHN DOES 1-5; JANE DOES 1-5; DOE PARTNERSHIPS 1-5; DOE CORPORATIONS 1-5; DOE ASSOCIATIONS 1-5; and DOE GOVERNMENTAL UNITS 1-5,<br><br>Defendants. | Civil Action No. 2:10-cv-00638-PGS-ES<br><br><br><br><u>**CONSENT ORDER**</u><br><u>**EXTENDING TIME TO ANSWER**</u> |

THIS MATTER, being opened in the Court, by Satterlee Stephens Burke & Burke

LLP, attorneys for Defendants J.P. Morgan Chase & Co. (successor-in-interest to National Bank

Case 2:10-cv-00638-PGS -ES   Document 28   Filed 04/23/10   Page 2 of 2
04/14/2010 15:06 FAX  212 818 9606     SATTERLEE STEPHENS B&B                    ☒004/004
           Case 2:10-cv-00638-PGS -ES   Document 23-1   Filed 04/19/10   Page 2 of 2

of Detroit, NBD Bank, First National Bank of Chicago and Bank One) and J.P. Morgan Trust Company (collectively "Chase") for an Order extending the current deadline for Chase to answer, move or otherwise respond to plaintiff's amended complaint up to and including May 14, 2010, and on the consent of the plaintiff by its attorneys to this Order, and good cause appearing:

IT IS ON THIS 21 DAY OF APRIL, 2010

Dated: Iselin, New Jersey
       April 14, 2010

SO ORDERED

_____
J.S.C.  U.S.M.J.

Consent is hereby given to this Order
SATTERLEE STEPHENS BURKE
& BURKE LLP

By: _____
    Christopher R. Belmonte
Attorneys for Defendants J.P. Morgan Chase
& Co. (successor-in-interest to National
Bank of Detroit, NBD Bank, First National
Bank of Chicago and Bank One) and
J.P. Morgan Trust Company
33 Wood Avenue South - Suite 600
Iselin, New Jersey 08830
Tel: (732) 603-4966
Fax: (732) 603-4977

FOX & MELOFCHIK, L.L.C.

By: _____
    Gary E. Fox
Attorneys for Plaintiff Church Towers
Urban Renewal Corporation
Copper Gables Professional Building
1001 Deal Road
Ocean, New Jersey 07712
Tel: (732) 493-9400
Fax: (732) 493-5006

800923_1