**TAYLOR, COLICCHIO & SILVERMAN, LLP**
502 Carnegie Center, Suite 103
Princeton, NJ 08540
(609) 987-0022
Philip M. Colicchio (PMC-40886)
Attorneys for Defendant, Federal National Mortgage Association d/b/a Fannie Mae

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHURCH TOWERS URBAN RENEWAL CORPORATION, a New Jersey Non-Profit Corporation,<br>Plaintiff(s),<br><br>vs.<br><br>HOLCO CAPITAL GROUP, INC. (for discovery purposes only); HC MORTGAGE COMPANY, INC.; KEVIN C. HORTON, INDIVIDUALLY; BANK OF NEW YORK MELLON CORP. (successor-in-interest to THE COUNTY TRUST COMPANY and BANK OF NEW YORK); GOVERNMENT NATIONAL MORTGAGE ASSOCIATION d/b/a GINNIE MAE; FEDERAL NATIONAL MORTGAGE ASSOCIATION d/b/a FANNIE MAE; WELLS FARGO BANK; PNC FINANCIAL SERVICES GROUP, INC. (successor-in-interest to RIGGS NATIONAL BANK OF WASHINGTON D.C.); J.P. MORGAN CHASE & CO. (successor-in-interest to NATIONAL BANK OF DETROIT, NB BANK, FIRST NATIONAL BANK OF CHICAGO, and BANK ONE); J.P. MORTGAGE TRUST COMPANY; WELLS FARGO BANK N.A.; S.L. FINANCIAL; S.L. FINANCIAL OF ILLINOIS, LLC; LIBERTYVILLE BANK & TRUST CO.; H.S.L. FINANCIAL; JOHN DOES 1-5; JANE DOES 1-5; DOE PARTNERSHIPS 1-5; DOE CORPORATIONS 1-5; DOE ASSOCIATIONS 1-5; and DOE GOVERNMENTAL UNITS 1-5;<br><br>Defendant(s). | Case No. 2:10-cv-00638 (PGS)<br><br><br><br><br><br><br><br><br><br><br>**NOTICE OF APPEARANCE** |

TO: Clerk's Office
United States District Court
District of New Jersey
M.L. King, Jr. Federal Bldg. &
United States Courthouse
50 Walnut Street
Newark, New Jersey 07102

PLEASE TAKE NOTICE that Philip M. Colicchio, Esq. of Taylor, Colicchio & Silverman, LLP, 502 Carnegie Center, Suite 103, Princeton, New Jersey 08540, hereby enters his appearance as counsel for defendant, Federal National Mortgage Association d/b/a Fannie Mae, in the above-captioned matter and requests that copies of all notices, pleadings and other papers in this matter be served upon him.

**TAYLOR, COLICCHIO & SILVERMAN, LLP**
/s/ Philip M. Colicchio, Esq.
502 Carnegie Center, Suite 103
Princeton, New Jersey 08540
(609) 987-0022
Attorneys for Defendant, Federal National Mortgage
Association d/b/a Fannie Mae