# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | **MARTIN LUTHER KING COURTHOUSE**<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

May 27, 2010

## LETTER ORDER RESCHEDULING

Re:   Church Towers Urban Renewal Corp. v. Holco Capital Group, Inc., et al.
       Civil Action No. 10-638 (PGS)

Dear Litigants:

Please be advised that the Initial Conference previously scheduled for June 7, 2010 at 3:00 p.m has been re-scheduled for **July 19, 2010 at 2:30 P.M.** All parties shall appear in-person before the Undersigned.  Please mark your calendars accordingly.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.M.J**