UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHURCH TOWERS URBAN RENEWAL CORPORATION, a New Jersey Non-Profit Corporation,<br><br>                  Plaintiff(s),<br><br>vs.<br><br>HOLCO CAPITAL GROUP, INC. (for discovery purposes only); HC MORTGAGE COMPANY, INC.; KEVIN C. HORTON, INDIVIDUALLY; BANK OF NEW YORK MELLON CORP. (successor-in-interest to THE COUNTY TRUST COMPANY and BANK OF NEW YORK); GOVERNMENT NATIONAL MORTGAGE ASSOCIATION d/b/a GINNIE MAE; FEDERAL NATIONAL MORTGAGE ASSOCIATION d/b/a FANNIE MAE; WELLS FARGO BANK; PNC FINANCIAL SERVICES GROUP, INC. (successor-in-interest to RIGGS NATIONAL BANK OF WASHINGTON D.C.); J.P. MORGAN CHASE & CO. (successor-in-interest to NATIONAL BANK OF DETROIT, NB BANK, FIRST NATIONAL BANK OF CHICAGO, and BANK ONE); J.P. MORTGAGE TRUST COMPANY; WELLS FARGO BANK N.A.; S.L. FINANCIAL; S.L. FINANCIAL OF ILLINOIS, LLC; LIBERTYVILLE BANK & TRUST CO.; H.S.L. FINANCIAL; JOHN DOES 1-5; JANE DOES 1-5; DOE PARTNERSHIPS 1-5; DOE CORPORATIONS 1-5; DOE ASSOCIATIONS 1-5; and DOE GOVERNMENTAL UNITS 1-5;<br><br>                  Defendant(s). | Case No. 2:10-cv-00638 (PGS)<br><br><br><br>**DISCLOSURE STATEMENT** |

      The Undersigned counsel for Federal National Mortgage Association, certifies that this party is a non-governmental corporate party and that:

This party does not have a parent corporation, nor is there any publically held corporation that owns 10% or more of this party's stock.

/S/ Philip M. Colicchio
Philip M. Colicchio
Taylor, Colicchio & Silverman, LLP
Attorneys for Defendant, Federal National Mortgage Association
502 Carnegie Center, Suite 103
Princeton, New Jersey 08540
609-987-0022
pcolicchio@tcslawyers.com