Marc E. Wolin, Esq. (mwolin@saiber.com)
Mark A. Roney, Esq. (mroney@saiber.com)
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
P: (973) 622-3333
F: (973) 622-3349
*Attorneys for Defendant, Libertyville Bank & Trust Company*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHURCH TOWERS URBAN RENEWAL CORPORATION, a New Jersey Non-Profit Corporation,<br><br>　　　　　　　　Plaintiff,<br>　　　v.<br><br>HOLCO CAPITAL GROUP, INC. (for discovery purposes only); HC MORTGAGE COMPANY, INC.; KEVIN C. HORTON, individually, BANK OF NEW YORK MELLON CORP. (successor-in-interest to THE COUNTY TRUST COMPANY and BANK OF NEW YORK); GOVERNMENT NATIONAL MORTGAGE ASSOCIATION d/b/a GINNIE MAE; FEDERAL NATIONAL MORTGAGE ASSOCIATION d/b/a FANNIE MAE; WELLS FARGO BANK; PNC FINANCIAL SERVICES GROUP, INC. (successor-in-interest to RIGGS NATIONAL BANK OF WASHINGTON D.C.); J.P. MORGAN CHASE & CO (successor-in-interest to NATIONAL BANK OF DETROIT, NBD BANK, FIRST NATIONAL BANK OF CHICAGO and BANK ONE); J.P. MORGAN TRUST COMPANY; WELLS FARGO BANK N.A.; S.L. FINANCIAL; S.L. FINANCIAL OF ILLINOIS, LLC; LIBERTYVILLE BANK & TRUST CO.; H.S.L. FINANCIAL; JOHN DOES 1-5; JANE DOES 1-5; DOE PARTNERSHIPS 1-5; DOE CORPORATIONS 1-5; DOE ASSOCIATIONS 1-5; and DOE GOVERNMENTAL UNITS 1-5;<br><br>　　　　　　　　Defendants. | Civil Action No. 10-cv-00638-PGS-ES<br><br>**FED. R. CIV. P. 7.1<br>CORPORATE DISCLOSURE<br>STATEMENT OF<br>LIBERTYVILLE BANK<br>& TRUST COMPANY**<br><br>*DOCUMENT FILED<br>ELECTRONICALLY* |

The undersigned counsel for Libertyville Bank & Trust Company ("Libertyville"), certifies that Wintrust Financial Corporation ("Wintrust") is the parent corporation of Libertyville.  Wintrust is a non-governmental, publicly held corporation.  No publicly held corporation owns ten percent (10%) or more of Wintrust's stock.

Dated:  June 10, 2010                              Respectfully submitted,

**SAIBER LLC**
*Attorneys for Defendant,*
*Libertyville Bank & Trust Company*

/s/ Marc E. Wolin_____
Marc E. Wolin, Esq. (mwolin@saiber.com)
Mark A. Roney, Esq. (mroney@saiber.com)
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
P: (973) 622-3333
F: (973) 622-3349