# TAYLOR, COLICCHIO & SILVERMAN, LLP

PAUL C. TAYLOR
PHILIP M. COLICCHIO †*
THOMAS P. WILD †
ELLEN NUNNO CORBO
STEPHEN J. TAYLOR †*
ROBERT W. KEDDIE, III †
SEAN J. KEARNEY †
REGAN C. KENYON JR.

OF COUNSEL
JEFFREY S. ADLER °
STEPHAN G. BACHELDER ▪
STEPHEN B. SILVERMAN ˇ

COUNSELLORS AT LAW
502 CARNEGIE CENTER
SUITE 103
PRINCETON, NEW JERSEY 08540

(609) 987-0022
FAX: (609) 987-0070

WWW.TCSLAWYERS.COM

PLEASE REPLY TO PRINCETON

NEW YORK OFFICE:
1350 BROADWAY
SUITE 1100
NEW YORK, NY 10018
212-661-1700
FAX: 212-661-5060

▪ ADMITTED IN ME & NY ONLY
° ADMITTED IN PA & OH ONLY
ˇ ADMITTED IN NY ONLY
† ALSO ADMITTED IN PA
* ALSO ADMITTED IN NY
* CERTIFIED CRIMINAL
  ATTORNEY NJ

June 23, 2010

**VIA ECF and REGULAR MAIL**

Hon. Peter G. Sheridan, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 7W
Trenton, New Jersey 08608

Re:  **Church Towers Urban Renewal Corporation v. Holco Capital Group, Inc., et al.**
     **Civil Action No. 2:10-cv-00638 (PGS)**
     **Request for decision on paper of motion to dismiss**

Dear Judge Sheridan:

Please be advised that this firm represents Federal National Mortgage Association ("Fannie Mae") in the above-referenced matter.

As you know, Fannie Mae filed a motion to dismiss the claims brought against it on June 1, 2010, which motion is scheduled to be heard on July 6, 2010. Pursuant to the Local Rule 7.1, the opposition of the plaintiff, Church Towers Urban Renewal Corporation ("Church Towers"), was due yesterday, June 22, 2010. No opposition was filed.

Accordingly, Fannie Mae respectfully requests that the Court decide the motion on the initial papers. Thank you for your consideration in this matter.

Very truly yours,

Philip M. Colicchio

cc:  All counsel (via ECF)