

**MARC E. WOLIN**
(973) 622-8401
mwolin@saiber.com

August 20, 2010

**VIA ECF & U.S. MAIL**
Hon. Peter G. Sheridan, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building
& U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re:    **Church Towers Urban Renewal Corporation v.**
                  **Libertyville Bank & Trust Company**
                  **Civil Action No.: 10-cv-638 (PGS)(ES)**

Dear Judge Sheridan:

      We represent Defendant Libertyville Bank & Trust Company ("Libertyville") in the above-referenced matter. Enclosed for Your Honor's approval is a Stipulation and Order of Dismissal in which Counts II, III, V and VI of Plaintiff's Amended Complaint as to Libertyville are dismissed with prejudice. Plaintiff's counsel, Gary Fox, Esq., has reviewed the Stipulation and Order, and has consented to the use of his electronic signature and entry of the Order by Your Honor. If the Stipulation and Order is acceptable to Your Honor, kindly sign and submit it to the Clerk of the Court for entry on the docket.

                                      Respectfully submitted,
                                      /s/ *Marc E. Wolin*
                                      MARC E. WOLIN

MEW/smb
Enclosure
cc:    Gary E. Fox, Esq.  (w/ encl. – via ECF & U.S. Mail)
        Bennet D. Zurofsky, Esq. (w/ encl. – via ECF & U.S. Mail)
        James H. Forte, Esq. (w/ encl. – via ECF & U.S. Mail)
        Philip M. Colicchio, Esq. (w/ encl. – via ECF & U.S. Mail)
        Mark M. Tallmadge, Esq. (w/ encl. – via ECF & U.S. Mail)
        Christopher R. Belmonte, Esq. (w/ encl. – via ECF & U.S. Mail)

Marc E. Wolin, Esq. (mwolin@saiber.com)
Mark A. Roney, Esq. (mroney@saiber.com)
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
P: (973) 622-3333
F: (973) 622-3349
*Attorneys for Defendant, Libertyville Bank & Trust Company*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHURCH TOWERS URBAN RENEWAL CORPORATION, a New Jersey Non-Profit Corp.,<br><br>                    Plaintiff,<br>          v.<br><br>HOLCO CAPITAL GROUP, INC. (for discovery purposes only); HC MORTGAGE COMPANY,INC.; KEVIN C. HORTON, individually, BANK OF NEW YORK MELLON CORP. (successor-in-interest to THE COUNTY TRUST COMPANY and BANK OF NEW YORK); GOVERNMENT NATIONAL MORTGAGE ASSOCIATION d/b/a GINNIE MAE; FEDERAL NATIONAL MORTGAGE ASSOCIATION d/b/a FANNIE MAE; WELLS FARGO BANK; PNC FINANCIAL SERVICES GROUP, INC. (successor-in-interest to RIGGS NATIONAL BANK OF WASHINGTON D.C.); J.P. MORGAN CHASE & CO (successor-in-interest to NATIONAL BANK OF DETROIT, NBD BANK, FIRST NATIONAL BANK OF CHICAGO and BANK ONE); J.P. MORGAN TRUST COMPANY; WELLS FARGO BANK N.A.; S.L. FINANCIAL; S.L. FINANCIAL OF ILLINOIS, LLC; LIBERTYVILLE BANK & TRUST CO.; H.S.L. FINANCIAL; JOHN DOES 1-5; JANE DOES 1-5; DOE PARTNERSHIPS 1-5; DOE CORPORATIONS 1-5; DOE ASSOCIATIONS 1-5; and DOE GOVERNMENTAL UNITS 1-5;<br><br>                    Defendants. | Civil Action No. 10-cv-00638-PGS-ES<br><br>*DOCUMENT FILED ELECTRONICALLY*<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO COUNTS II, III, V AND VI OF PLAINTIFF'S AMENDED COMPLAINT AGAINST <u>LIBERTYVILLE BANK & TRUST COMPANY ONLY</u>** |

2

WHEREAS, Defendant Libertyville Bank & Trust Company ("Libertyville"), has filed an Answer in the above-captioned matter, Plaintiff, Church Towers Urban Renewal Corporation ("Church Towers"), and Libertyville hereby stipulate, pursuant to *Fed. R. Civ. P.* 41(a)(1)(ii), that Counts II, III, V and VI of Plaintiff's Amended Complaint as to Libertyville only be, and hereby are, dismissed with prejudice and without costs against either party.

| | |
|---|---|
| **FOX & MELOFCHIK, LLC**<br>Attorneys for Plaintiff,<br>Church Towers Urban Renewal<br>Corporation | **SAIBER LLC**<br>Attorneys for Defendant,<br>Libertyville Bank & Trust<br>Company |
| /s/   *Gary Fox* | /s/  *Marc E. Wolin* |
| DATED:  August 19, 2010 | DATED:  August 19, 2010 |

IT IS SO ORDERED:

_____
Hon. Peter G. Sheridan, U.S.D.J.

2