

Marc E. Wolin, Esq. (mwolin@saiber.com)
Mark A. Roney, Esq. (mroney@saiber.com)
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
P: (973) 622-3333
F: (973) 622-3349
*Attorneys for Defendant, Libertyville Bank & Trust Company*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHURCH TOWERS URBAN RENEWAL CORPORATION, a New Jersey Non-Profit Corp., <br><br> Plaintiff, <br> v. <br><br> HOLCO CAPITAL GROUP, INC. (for discovery purposes only); HC MORTGAGE COMPANY, INC.; KEVIN C. HORTON, individually, BANK OF NEW YORK MELLON CORP. (successor-in-interest to THE COUNTY TRUST COMPANY and BANK OF NEW YORK); GOVERNMENT NATIONAL MORTGAGE ASSOCIATION d/b/a GINNIE MAE; FEDERAL NATIONAL MORTGAGE ASSOCIATION d/b/a FANNIE MAE; WELLS FARGO BANK; PNC FINANCIAL SERVICES GROUP, INC. (successor-in-interest to RIGGS NATIONAL BANK OF WASHINGTON D.C.); J.P. MORGAN CHASE & CO (successor-in-interest to NATIONAL BANK OF DETROIT, NBD BANK, FIRST NATIONAL BANK OF CHICAGO and BANK ONE); J.P. MORGAN TRUST COMPANY; WELLS FARGO BANK N.A.; S.L. FINANCIAL; S.L. FINANCIAL OF ILLINOIS, LLC; LIBERTYVILLE BANK & TRUST CO.; H.S.L. FINANCIAL; JOHN DOES 1-5; JANE DOES 1-5; DOE PARTNERSHIPS 1-5; DOE CORPORATIONS 1-5; DOE ASSOCIATIONS 1-5; and DOE GOVERNMENTAL UNITS 1-5; <br><br> Defendants. | Civil Action No. 10-cv-00638-PGS-ES <br><br> ***DOCUMENT FILED ELECTRONICALLY*** <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO COUNTS II, III, V AND VI OF PLAINTIFF'S AMENDED COMPLAINT AGAINST <u>LIBERTYVILLE BANK & TRUST COMPANY ONLY</u>** |

WHEREAS, Defendant Libertyville Bank & Trust Company ("Libertyville"), has filed an Answer in the above-captioned matter, Plaintiff, Church Towers Urban Renewal Corporation ("Church Towers"), and Libertyville hereby stipulate, pursuant to *Fed. R. Civ. P.* 41(a)(1)(ii), that Counts II, III, V and VI of Plaintiff's Amended Complaint as to Libertyville only be, and hereby are, dismissed with prejudice and without costs against either party.

| | |
|---|---|
| **FOX & MELOFCHIK, LLC**<br>Attorneys for Plaintiff,<br>Church Towers Urban Renewal<br>Corporation | **SAIBER LLC**<br>Attorneys for Defendant,<br>Libertyville Bank & Trust<br>Company |
| /s/   Gary Fox | /s/   Marc E. Wolin |
| DATED:  August 19, 2010 | DATED:  August 19, 2010 |

IT IS SO ORDERED:

_____
Hon. Peter G. Sheridan, U.S.D.J.

Sept. 2, 2010