| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|

| SERVICE OF: | SUMMONS, AMENDED COMPLAINT, EXHIBITS | |
|---|---|---|
| EFFECTED (1) BY ME: | David M Furchak | |
| TITLE: | PROCESS SERVER | DATE: 9/1/10 @ 10:45 pm |

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:**

[ ] Served personally upon the defendant:

KEVIN C HORTON

Place where served: 5200 Coquina Key Dr SE

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Mr Tony / Security Guard

Relationship to defendant: ___

Description of person accepting service:

SEX: M  AGE: 46  HEIGHT: 5'9"  WEIGHT: 160  SKIN: Black  HAIR: Black  OTHER: Glasses

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ___.___       SERVICES $ ___.___       TOTAL $ ___.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 9/1/2010

SIGNATURE OF David M Furchak L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: GARY E FOX, ESQ
PLAINTIFF: CHURCH TOWERS URBAN RENEWAL CORPORATION
DEFENDANT: HOLCO CAPITAL GROUP, INC., ET AL
VENUE: DISTRICT OF NJ
DOCKET: 2 10 CV 638 PGS ES

9-1-10

DAVID M GULA
MY COMMISSION # DD660083

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AA

JSV