UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHURCH TOWERS URBAN RENEWAL CORPORATION,<br><br>          Plaintiff,<br><br>v.<br><br>HOLCO CAPITAL GROUP, INC., et. al.,<br><br>          Defendants. | Civil Action No. 10-00638 (PGS)<br><br>**ORDER** |

This matter having been brought before the Court by defendant Federal National Mortgage Association d/b/a Fannie Mae, pursuant to a motion to dismiss; and the Court having considered the papers filed in support of the motion, that plaintiff Church Towers Urban Renewal Corporation has not filed opposition to the motion, and the arguments of counsel on the record on September 21, 2010; and for good cause having been shown;

IT IS on this 21st day of September 2010 ORDERED as follows:

1. Defendant Federal National Mortgage Association's motion to dismiss is granted. (ECF No. 35.)

2. Plaintiff's complaint against defendant Federal National Mortgage Association, only, is dismissed with prejudice, without costs.

_____
HON. PETER G. SHERIDAN, U.S.D.J.

September 21, 2010