**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 2060**<br>**NEWARK, NJ 07101**<br>**973-297-4887** |

November 17, 2010

**LETTER ORDER**

**Re:   Church Towers Urban Renewal Corporation v. Holco Capital Group, et al.
       Civil Action No. 10-638 (PGS)**

Dear Counsel:

Please be advised that a telephone conference has been scheduled for **February 7, 2011 at 11:30 a.m.** Counsel for defendant, Wells Fargo Bank, shall initiate the call. Should you have any questions please call (973) 297-4887.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.M.J**