

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

970 Broad Street, Suite 700          (973)645-2700
Newark, NJ 07102

C.R.R.R.R.

December 9, 2010

Gary E. Fox, Esq.
Fox & Melofchik, L.L.C.
Copper Gables Professional Bldg.
1001 Deal Road
Ocean, New Jersey 07712

Re: Church Towers v. Holco Capital
    Civ. Action No. 10-638 (PGS)

Dear Mr. Fox:

This office has been informed that your client, Church Towers Urban Renewal Corporation, has filed a Complaint in the above matter naming the Governmental National Mortgage Association (GNMA) as one of the defendants. I am advised that you sent a Summons and the Complaint to the GNMA via Regular and certified Mail on or about September 21, 2010. I note that service upon the federal agency alone is not a valid form of service under Federal Rule of Civil Procedure 4(i) and therefore does not satisfy the service requirements for service upon the United States or its agencies or officials.

Please be advised that under Federal Rule of Civil Procedure 12(a)(2), the United States is only obligated to respond to the Complaint in this matter within sixty days of proper service upon the appropriate United States Attorney. The sixty-day period

2

within which the United States must respond to the Complaint in this matter will not begin to run unless and until proper service of process upon the United States Attorney has been effected, and this office will refrain from filing a response to the Complaint until that time.

                              Very truly yours,

                              PAUL J. FISHMAN
                              United States Attorney

                    By:   JAMES B. CLARK III
                         Assistant U.S. Attorney

cc:   Clerk, United States District Court (E-File)
      50 Walnut Street
      Newark, New Jersey 07102

      Bennett D. Zurofsky, Esq. (C.M.R.R.)
      17 Academy Street, Suite 1010
      Newark, New Jersey 07102

      Dana Boyd, Esq. (E-Mail)